UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LUIGI TADDIO, et al.,

    Plaintiffs,

v.                                      Civil No. 98-2289 (JAF)

COMMONWEALTH OF PUERTO RICO,
et al.,

    Defendants.

**JUDGMENT**

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered dismissing the complaint filed herein.

San Juan, Puerto Rico, this 27th day of August, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge